Exhibit A to the Complaint

**Location:** Baltimore, MD  
**Total Works Infringed:** 26

**IP Address:** 69.137.148.7  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C04072F8023455D7EEF431497D66BAE17D341FD8<br>File Hash: FAAC4906E92642C1F96FCA24EB198990C8BDCEF10A815A5DEB676B9767C87EE7 | 08/13/2024 21:22:41 | Slayed | 03/19/2024 | 06/25/2024 | PA0002477540 |
| 2 | Info Hash: 732F5FFE678687C1A5FA896BF6DAC5FE5D12C0A6<br>File Hash: 81012949D0DE1FF68268D953DABEB60ECD99A733AFCD8BE9891C2587044439D3 | 08/13/2024 21:22:37 | Slayed | 04/02/2024 | 06/25/2024 | PA0002477542 |
| 3 | Info Hash: 6863E5FAD51CBC4928519D4C671495EC737FC761<br>File Hash: 853C19645D993E6085E8A980EE487B87880E4226605226CD0F48E29CDB999991 | 07/28/2024 23:20:08 | Slayed | 10/17/2023 | 12/07/2023 | PA0002446648 |
| 4 | Info Hash: 8F69B1C2CDEA30D87E058C7C68F7C9F5675820E8<br>File Hash: 7DE18BECD88BA6E58734AF85DDE4DFE5DAB90C33DB259B8D84032F79EECF8C3E | 07/28/2024 23:19:40 | Slayed | 12/12/2023 | 01/16/2024 | PA0002453479 |
| 5 | Info Hash: 74F26E383A5F1E608790BD15E262E97E18A6DADB<br>File Hash: 2430773AA1FDAFA6AFCE57576E36B397660EDEB6644C762E835E4CDB104181A5 | 07/28/2024 23:19:27 | Slayed | 04/16/2024 | 06/25/2024 | PA0002477556 |
| 6 | Info Hash: CC4AC41472804280835373476ED882C31D473A13<br>File Hash: 0ABDC82D2A7196E5FA58DB51A6991DEBCF5648C6EA0C44C081EF8DB70494BC96 | 07/28/2024 20:16:47 | Slayed | 02/06/2024 | 03/28/2024 | PA0002462508 |
| 7 | Info Hash: 4F2AD91024ADD6936563156F26CC534A8C6B8696<br>File Hash: 2DE76D7EAEA683C922F0783A33847DEF62E6E13B09658B856B257D10D4CC3B84 | 07/01/2024 00:32:25 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 8 | Info Hash: 7F85BAE73FA981373BC89ABE188E20FF12409C46<br>File Hash: 10342FADD8EC5A4B08994F3A4AD4477C9AFA6F6EB6543844DFDCB05E62B3B081 | 06/18/2024 22:52:49 | Slayed | 01/09/2024 | 03/15/2024 | PA0002461470 |
| 9 | Info Hash: 3C24E69818639AFD263D4A4E8C622A55191032A5<br>File Hash: A27250D9F1960E9CDC3F19238C4064C8DC9B533AAE6B98C95633BEAA5DD6B67B | 06/18/2024 22:49:28 | Slayed | 02/20/2024 | 03/28/2024 | PA0002462498 |
| 10 | Info Hash: 655096F41EB4FF155CB42A830AF304EF59B42EC1<br>File Hash: C14ABC4446EB036BFD0E3010F25961E6DF2A45636B2C2E46876ED5A75C8D7326 | 06/18/2024 22:46:57 | Slayed | 03/05/2024 | 06/25/2024 | PA0002477541 |
| 11 | Info Hash: 35F1DDB1F65122488C4F752837D6139A982369AC<br>File Hash: 73CB46BC438A678D42037BD5C2C5A35E50B947F1A2F80125B842EA0FE81D4474 | 06/18/2024 22:43:25 | Slayed | 01/23/2024 | 03/15/2024 | PA0002461469 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B9C477078CE789E868DC972FB6803C3B818EF196<br>File Hash: 57E4076AE4FC2A195E253F7BB8C6030E740BED0485775E15722D27AD420D7D96 | 06/18/2024 22:40:59 | Slayed | 12/26/2023 | 01/16/2024 | PA0002453475 |
| 13 | Info Hash: 7A65B2C57EF88AE976AD94C7AAB3416BD5DEA644<br>File Hash: 9A7E2A81CCD393B971588C52B96044830AC088C83B01F474ED17B21471D05A42 | 06/16/2024 23:39:23 | Blacked Raw | 02/07/2022 | 02/14/2022 | PA0002335458 |
| 14 | Info Hash: A098525E9AFF43231A7DF6BB8EBAE6B031BEA699<br>File Hash: 24B59DE82823571AA66BC642C6246BB56F743A403833A41BD4536D742034AA60 | 06/16/2024 23:38:12 | Blacked Raw | 01/18/2021 | 02/09/2021 | PA0002276148 |
| 15 | Info Hash: D90661C4EAF703AD571420CB0E7B68DA96A83C8F<br>File Hash: EC6D90A123469F683033BF6383B5F9752EA070551E408220A225B6352EE6E9B6 | 06/16/2024 23:36:53 | Blacked Raw | 01/04/2021 | 02/02/2021 | PA0002280514 |
| 16 | Info Hash: 5D1578FE2F0C81EF827A82667943F9BF3459AEB1<br>File Hash: CFD551BB414A1FC232E5A77CC6302766506A722D9CD657624E9DFB1049238702 | 06/16/2024 23:35:13 | Blacked Raw | 06/27/2022 | 07/22/2022 | PA0002359465 |
| 17 | Info Hash: 77747472C270393EF27B0CABB44B2A9DC0009C6F<br>File Hash: 72A703C96DB8E57555393F4DEB03963102E2F5D03897B1C842BA33B01E356A90 | 06/12/2024 14:51:08 | Blacked Raw | 11/09/2020 | 12/09/2020 | PA0002274940 |
| 18 | Info Hash: 34CD46C59638849199B5C771B5A6C008EC0A8FF3<br>File Hash: 62D93F0E28A3630C43EC9033DF57C59BEFEEE97525575B3CAD33225F9DA8712D | 06/11/2024 09:53:23 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |
| 19 | Info Hash: A644959E99A7E9119D745BCF028B01D155D8E6BC<br>File Hash: E26E8A8914EDC7C0A8189EFB81D5E956905E268BD41E04DDF52599D4C43B5EFD | 06/11/2024 09:43:42 | Blacked Raw | 12/25/2022 | 01/09/2023 | PA0002389598 |
| 20 | Info Hash: 9B495DC2E9D0A4CC07ABC640B3FAF630791531EE<br>File Hash: 1E035F82FC63ADD9013E8987C2233DCD144742A55C7875EB1F0156DD768B9DC7 | 05/19/2024 19:45:09 | Blacked Raw | 02/26/2024 | 03/12/2024 | PA0002459240 |
| 21 | Info Hash: 93DC6617D643D80FCBAA12DD2258589163101C43<br>File Hash: 2F04AE82E123EA2F238C161F627094928956E21704E433AF3364DE3F5A198D52 | 04/22/2024 03:13:43 | Slayed | 12/21/2021 | 01/07/2022 | PA0002337942 |
| 22 | Info Hash: 0BBE86C2956AF5E3761BC665DFC3EC5CA5CD3A11<br>File Hash: 1A26CF7345F2DCA537ADC53417457DBEEC1962BA59277519A14F6C977E2B95EB | 04/22/2024 03:13:31 | Slayed | 10/31/2023 | 12/07/2023 | PA0002445808 |
| 23 | Info Hash: 0BADFAC4739420BE1A5B5A2D4CFB7E7F18D953F4<br>File Hash: 1BC1512685F45517081D30E0EE083FFFD09643F3F090DFF43984BEBF08E758B5 | 03/05/2024 02:16:23 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: AAEDD99923F5CAFAA506165AD75D826B5AA87FE2<br>File Hash: AF8E348D8B38D5ADDCB1391C74ABC023B57B7A5D673B1B6278CB689DBCF9E877 | 03/01/2024 02:14:14 | Slayed | 08/01/2023 | 08/22/2023 | PA0002431033 |
| 25 | Info Hash: 2A95C70F4FDAFC9E8D7A1E0262F9B8B23D1076F2<br>File Hash: BBBCB55BE9FC219E43A9FDE91377881DF230920F39B8C01808E23436023920F2 | 03/01/2024 02:10:14 | Slayed | 06/27/2023 | 07/14/2023 | PA0002427522 |
| 26 | Info Hash: F67DF161C0ED6BBE9306729A9CA2660A8D56F267<br>File Hash: BDDE4A5392A24FDF512186CB6B95F124EE73FA20B5797C541C32FC86AB67252D | 03/01/2024 01:59:52 | Slayed | 04/04/2023 | 06/09/2023 | PA0002415743 |