**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
|     Plaintiff, | ) Civil Case No. 1:24-cv-2458 |
| v. | ) |
| JOHN DOE subscriber assigned IP address 69.137.148.7, | ) |
|     Defendant. | ) |

**NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff's parent corporation is General Media Systems, LLC. There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

Dated: August 23, 2024

Respectfully submitted,

By: */s/ Jessica Fernandez*
    Jessica Fernandez, Esq. (Bar #: 30219)
    Associate In-House Counsel
    General Media Systems, LLC
    11239 Ventura Blvd.
    Suite #103 Box 717
    Studio City, CA 91604
    E-mail: Jessica@Strike3Holdings.com
    Phone: 818-253-1453
    Fax: 323-872-0022

*Attorney for Plaintiff, Strike 3 Holdings, LLC*