UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 1:24-cv-02458-BAH |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 69.137.148.7, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR LEAVE TO SERVE A THIRD PARTY**
**SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of Jorge Arco in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Susan B. Stalzer in support of this motion; Strike 3 Holdings, LLC ("Plaintiff") respectfully moves for entry of an order granting it leave to serve a third party subpoena on Comcast Cable, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: 09/16/2024               Respectfully submitted,

                               By: /s/ *Jessica Fernandez*
                               Jessica Fernandez, Esq. (Bar #: 30219)
                               Associate In-House Counsel
                               General Media Systems, LLC
                               11239 Ventura Blvd
                               Suite #103 Box 717
                               Studio City, CA 91604
                               E-mail: Jessica@Strike3Holdings.com
                               Phone: 818-253-1453
                               Fax: 323-872-0022

                               Attorney for Plaintiff, Strike 3 Holdings, LLC

1

## **NOTICE OF INTENT TO SEND COURTESY COPY**

PLEASE TAKE NOTICE that pursuant to the Electronic Case Filing Policies and Procedures Manual III(C)(2). along with filing the present Motion and accompanying documents electronically, Plaintiff will send courtesy copies to the Clerk's Office.

By: /s/ *Jessica Fernandez*