UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 1:24-cv-02458-BAH |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP address 69.137.148.7, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Amended Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until January 20, 2025 to effectuate service of a summons and Amended Complaint on Defendant.

SO ORDERED this 15th day of November, 2024.

/s/
**United States District Judge**
Honorable Brendan Abell Hurson