UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:24-cv-02458-BAH |
| v. | ) |
| JOHN DOE subscriber assigned IP address 69.137.148.7, | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 69.137.148.7, are voluntarily dismissed without prejudice.

Dated: November 18, 2024                      Respectfully submitted,

By: */s/ Jessica Fernandez*
Jessica Fernandez (Bar #: 30219)
Associate In-House Counsel
General Media Systems, LLC
11239 Ventura Blvd
Suite #103 Box 717
Studio City, CA 91604
Phone: 818-253-1453
Fax: 323-872-0022
Jessica@Strike3Holdings.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Jessica Fernandez*
Jessica Fernandez, Esq.
